UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCELLE CRYSTAL BITON AKA
SAPHYRE REDFORD,

                Plaintiff,

        -against-

JOE TURCO, et al.,

                Defendants.

19-CV-11960 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 6, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the December 22, 2011 order in *Biton v. Clinton*, ECF 1:11-CV-6160, 6 (S.D.N.Y. Dec. 22, 2011), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 6, 2020
            New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge